UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: 16-24534-ABA
                                                Chapter:  vchChapter
Sang S Lee                                      Judge:    Andrew B. Altenburg Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on April 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$350,000.00  102 New Bridge Road Egg Harbor Township, NJ 08234

Liens on property:

$481,766.00 Ray Jamesbnk/Dovenmueh

$23,420.00  Specialized Loan Servicing

Amount of Equity claimed as exempt:

0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                                   Case No. 16-24534-ABA
Sang S Lee                                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Mar 07, 2017
                               Form ID: pdf905              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db             +Sang S Lee,    1630 Tilton Rd,    Northfield, NJ 08225-1829
516312817      +Amity Associates,    Po Box 123,    Mount Freedom, NJ 07970-0123
516312818      +Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
516312820      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516312821      +Hartford Insurance Company,    1515 Market St,    Philadelphia, PA 19102-1921
516312822      +Isola Law Group, LLC,    405 West PIne St,    Lodi, CA 95240-2023
516312823      +Kristina G Murtha, Esq,    701 Market St Sutie 5000,    Philadelphia, PA 19106-1538
516312825      +New Jersey Dept of Env Prot (DEP),    22 South Clinton Ave,    Trenton, NJ 08609-1212
516312826      +Ray Jamesbnk/dovenmueh,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
516312827      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516312828      +Usaa Svg Bk,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2017 23:44:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2017 23:44:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516431831       E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 23:33:04      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516312819*     +Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
516312824*     +Kristina G Murtha, Esq,    701 Market St Sutie 5000,    Philadelphia, PA 19106-1538
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Raymond James Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Francis P. Cullari    on behalf of Debtor Sang S Lee cullari@comcast.net
                                                                                              TOTAL: 4
```